**OUTTEN & GOLDEN LLP**
Ossai Miazad
Christopher M. McNerney
Elizabeth V. Stork
685 Third Avenue, 25th Floor
New York, New York 10017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NTT DATA, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:18-CV-6591-CJS<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK　)
　　　　　　　　　　S.S.:
COUNTY OF NEW YORK　)

**VALENCIA PARRIS**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the law firm of Outten & Golden LLP, and is not a party to this action.

That on the 7th day of September, 2018, at approximately 2:04 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS AND COLLECTIVE ACTION COMPLAINT, AND CIVIL COVER SHEET** upon **NTT DATA, INC.** c/o CT Corporation Systems, 111 8th Avenue, 13th Floor, New York, New York 10011 by personally delivering and

leaving the same with **SATTI JAIRAM**, who informed deponent that she holds the position of Process Specialist with the company and is authorized by appointment to receive service at that address.

**SATTI JAYRAM** is a West Indian female, approximate 50 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 160 pounds with black hair, brown eyes and wearing eye glasses.

_____
Valencia Parris

Sworn to before me this
11 day of September, 2018

_____
NOTARY PUBLIC

```
CHRISTOPHER TRUONG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01TR6359499
COMM. EXP. 5/30/2021
```