UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>NTT DATA, INC.,<br><br>                Defendant. | Case No. 6:18-cv-06591-CJS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jacqueline Phipps Polito of Littler Mendelson, P.C. hereby appears as Attorney to be Noticed for Defendant NTT DATA, INC. in the above-entitled action. Said Counsel is admitted to practice in this Court, is registered for electronic filing with the Western District of New York, and requests that copies of all papers in this action be served upon her at the address set forth below.

Date:   September 21, 2018
           Fairport, New York

                                        */s/Jacqueline Phipps Polito*
                                        Jacqueline Phipps Polito
                                        LITTLER MENDELSON, P.C.
                                        375 Woodcliff Drive, Second Floor
                                        Fairport, NY  14450
                                        jpolito@littler.com
                                        585.203.3400

                                        *Attorneys for Defendant*
                                          *NTT DATA, INC.*

157006675