UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NTT DATA, INC.,<br><br>    Defendant. | Case No. 6:18-cv-06591-CJS<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant NTT DATA, Inc. hereby states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it is 100% directly owned by NTT Data International L.L.C., a Delaware limited liability company ("NDI"). NDI is 100% directly owned by NTT DATA Corporation, a Japanese corporation, which is listed on the First Section of the Tokyo Stock Exchange.

Dated: September 21, 2018

Respectfully submitted,

*/s/Jacqueline Phipps Polito*
Jacqueline Phipps Polito, Esq.
Jessica F. Pizzutelli, Esq.
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, 2nd Floor
Fairport, New York 14450
Telephone: 585-203-3400
Facsimile:  585-203-3414
jpolito@littler.com
jpizzutelli@littler.com
*Attorneys for Defendant*
*NTT Data, Inc.*

157006737.1