UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NTT DATA, INC.,<br><br>    Defendant. | Case No. 6:18-cv-06591-CJS<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Jessica F. Pizzutelli of Littler Mendelson, P.C. hereby appears as Attorney to be Noticed for Defendant NTT DATA, INC. in the above-entitled action. Said Counsel is admitted to practice in this Court, is registered for electronic filing with the Western District of New York, and requests that copies of all papers in this action be served upon her at the address set forth below.

Date: September 21, 2018
    Fairport, New York

                */s/Jessica F. Pizzutelli*
                Jessica F. Pizzutelli
                LITTLER MENDELSON, P.C.
                375 Woodcliff Drive, Second Floor
                Fairport, NY  14450
                jpizzutelli@littler.com
                585.203.3400

                *Attorneys for Defendant*
                 *NTT DATA, INC.*

157008657.1