

Littler Mendelson, PC
375 Woodcliff Drive
2nd Floor
Fairport, NY 14450

September 21, 2018

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

**VIA FAX 613-4055**

RECEIVED

Hon. Charles J. Siragusa
U.S. District Court
100 State Street
Rochester, New York 14614

SEP 24 2018

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

RE: Mandala et al. v. NTT Data, Inc., 6:18-cv-6591-CJS

Dear Judge Siragusa:

This Firm represents NTT Data, Inc. in the above captioned matter. Upon approval of counsel, we write to respectfully request a 45-day extension of the current deadline to answer or otherwise respond to the Complaint. The current deadline is September 28, 2018. Defendant requests up to and including November 12, 2018 to answer or otherwise respond to the Complaint. Defendant makes this request in good faith and not for the purposes of delay.

Respectfully,

Jessica F. Pizzutelli

cc: Ossai Miazad (via email)
Christopher M. McNerney (via email)

SO ORDERED:

Hon. Charles J. Siragusa

Dated: 9-24-18

157001138.1

littler.com