documents. I hereby authorize the obtaining of "consumer reports" and/or "investigative consumer reports" by the Company at any time after receipt of this authorization and throughout my employment, if applicable. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information requested by **Asurint, Compliance Department, P.O. Box 14730, Cleveland, OH 44145, (800) 906-2034, www.asurint.com/Compliance.aspx**, another outside organization acting on behalf of the Company, and/or the Company itself. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

| | |
|---|---|
| **New York applicants or employees only:** | By signing below, you also acknowledge receipt of Article 23-A of the New York Correction Law. |
| **Minnesota and Oklahoma applicants or employees only:** | Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company. ☐ |
| **California applicants or employees only**: | By signing below, you also acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION PURSUANT TO CALIFORNIA LAW. Please check this box if you would like to receive a copy of an investigative consumer report or consumer credit report at no charge if one is obtained by the Company whenever you have a right to receive such a copy under California law. ☐ |

Signature: _George Mandala_     Date: _3/20/2017_

## BACKGROUND INFORMATION

Last Name _Mandala_     First _George_     Middle _Elias_
Other Names/Alias _____
Social Security* # _Redacted_     Date of Birth* _Redacted_ 980
Driver's License # _Redacted_     State of Driver's License** _NY_
Present Address _Redacted_     Phone Number _Redacted_
City/State/Zip _Rochester, NY 14606_
Former Employer _Blackiron Group_  Position _Salesforce Dev_  Dates of Employment _2011-2016_

*This information will be used for background screening purposes only and will not be used as hiring criteria.
** If you will be requesting driving records, we recommend that you have this form notarized.

[Employer Note: If you do business in Utah, you cannot ask for DOB, driver's license, or SSN until either a confidential offer of employment or at the time the background report will be run.]

4/1/2013