UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GEORGE MANDALA and CHARLES BARNETT,
Individually and on behalf of all others
similarly situated,

                                              Plaintiffs,

-vs-

NTT DATA, INC..,

                                              Defendants.

MOTION SCHEDULING
ORDER

18-CV-6591 CJS

_____

      Defendants having filed a motion (Docket No. [#9]) to dismiss Plaintiffs' class action complaint in its entirety, it is hereby ORDERED that:

      1. Plaintiff shall file and serve any responsive papers on or before **December 12, 2018**;

      2. Defendants may file and serve any reply on or before **December 27, 2018**;

      3. The Court will hear oral argument on **April 25, 2019 at 2:15 p.m.**, at the United States Courthouse, 100 State Street, Rochester, New York 14614;

      3. IN ADDITION TO ELECTRONIC FILING, EACH PARTY MUST PROVIDE THE COURT WITH ONE (1) PAPER COPY OF THAT PARTY'S BRIEF(S);

      4.To expedite the resolution of the pending motion(s), the parties are encouraged to consider the provisions of 28 U.S.C. §636(c) governing consent to disposition of the motion (or the entire case) by a Magistrate Judge.  Instructions and forms for use under those provisions are available from the office of the Magistrate Judge or of the Clerk. The Court will not hear oral argument, but instead, will issue a written decision at its earliest opportunity; and

      5. Papers must comply with the local and federal rules of civil procedure (**papers not in compliance will not be considered**).

      SO ORDERED.

Dated: Rochester, New York
       November 14, 2018

                                              ENTER:

                                              /s/ Charles J. Siragusa
                                              CHARLES J. SIRAGUSA
                                              United States District Judge