| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Elizabeth V. Stork<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **NAACP LEGAL DEFENSE &**<br>**EDUCATIONAL FUND, INC.**<br>*Rachel M. Kleinman<br>40 Rector St.<br>New York, NY 10006<br><br>*Application for admission pending* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br>NTT DATA, INC.,<br>　　　　　　　　　　Defendant. | Case No. 18 Civ. 6591 (CJS) |

### DECLARATION OF OSSAI MIAZAD IN SUPPORT OF PLAINTTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT

I, Ossai Miazad, declare under penalty of perjury as follows:

1. I am a partner at the firm of Outten & Golden LLP ("O&G") in New York, New York, Plaintiffs' counsel herein, and co-chair of its Discrimination and Retaliation Practice Group. O&G is a 60+ attorney firm based in New York City, with offices also in Chicago, San Francisco, and Washington D.C., that focuses on representing plaintiffs in a wide variety of employment matters, including individual and class action litigation that involve criminal history, discrimination, and wage and hour claims, as well as contract and severance negotiations.

2. I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims.

- 2 -

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Petition and Jury Demand, ECF No. 3-1, in *Williams v. Wells Fargo Bank, N.A.*, No. 15 Civ. 38, 2015 WL 13753220 (S.D. Iowa Aug. 6, 2015).

5. Attached hereto as **Exhibit B** is a true and correct copy of the New York State Assembly's Memorandum in Support of the Legislation, Bill No. 10288A, 2007-2008 Term.

Dated: New York, New York
      December 12, 2018

                                          By:    /s/ Ossai Miazad
                                                     Ossai Miazad
                                                     **OUTTEN & GOLDEN LLP**
                                                     685 Third Avenue, 25th Floor
                                                     New York, New York 10017
                                                     Telephone: (212) 245-1000

| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Elizabeth V. Stork<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **NAACP LEGAL DEFENSE &<br>EDUCATIONAL FUND, INC.**<br>*Rachel M. Kleinman<br>40 Rector St.<br>New York, NY 10006<br><br>**Application for admission pending* |

**IN THE UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF NEW YORK**

GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,

                Plaintiffs,

  v.

NTT DATA, INC.,

                Defendant.

Case No. 18 Civ. 6591 (CJS)

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 12, 2018, I electronically filed the ***Declaration of Ossai Miazad in Support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Class Action Complaint*** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on this case.

                Jacqueline Phipps Polito
                Jessica F. Pizzutelli
                LITTLER MEDELSON, P.C.
                375 Woodcliff Drive, Second Floor
                Fairport, NY 14450
                jpolito@littler.com
                jpizzutelli@littler.com

                By:    /s/ Ossai Miazad
                          Ossai Miazad