AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| GEORGE MANDALA, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 6:18-CV-06591 |
| NTT DATA, INC. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs George Mandala, et al.

Date: December 18, 2018

s/ Rachel M. Kleinman
*Attorney's signature*

Rachel M. Kleinman RK2141
*Printed name and bar number*
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006
*Address*

rkleinman@naacpldf.org
*E-mail address*

(212) 965-2200
*Telephone number*

(212) 226-7592
*FAX number*