AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of New York

|  |  |
|---|---|
| GEORGE MANDALA, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    6:18-CV-06591 |
| NTT DATA, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs George Mandala, et al.                                                                                          .

Date:      01/25/2019

s/ Alexis J. Hoag
*Attorney's signature*

Alexis J. Hoag, AH3817
*Printed name and bar number*
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006

*Address*

ahoag@naacpldf.org
*E-mail address*

(212) 965-2200
*Telephone number*

(212) 226-7592
*FAX number*