

March 12, 2019

**Via CM/ECF**
The Honorable Charles J. Siragua
1360 U.S. Courthouse
100 State Street, Room 127
Rochester, NY 14614

    Re:    *Mandala v. NTT Data, Inc.*, No. 18 Civ. 6591 (CJS)

Dear Judge Siragusa,

    Plaintiffs write to respectfully request a brief adjournment of the hearing on NTT Data, Inc.'s ("NTT's") motion to dismiss, currently scheduled for April 25, 2019, due to a personal conflict that has arisen for Plaintiffs' counsel that week.  *See* ECF No. 10.  NTT consents to this request.  This is Plaintiffs' first request for an extension of this date, and is being made as soon as Plaintiffs' counsel learned of the conflict.

    The parties have conferred, and are available on Thursday, May 2, 2019—or otherwise at a time convenient for the Court.

    Respectfully submitted,

    */s/ Christopher McNerney*

    Christopher McNerney

cc:    Counsel of Record (via ECF)

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com