

**OUTTEN & GOLDEN** LLP

COURTESY COPY
ORIGNIAL FILED
ELECTRONICALLY

Advocates for Workplace Fairness

March 12, 2019

**Via CM/ECF**
The Honorable Charles J. Siragua
1360 U.S. Courthouse
100 State Street, Room 127
Rochester, NY 14614

Re:   *Mandala v. NTT Data, Inc.*, No. 18 Civ. 6591 (CJS)

Dear Judge Siragusa,

Plaintiffs write to respectfully request a brief adjournment of the hearing on NTT Data, Inc.'s ("NTT's") motion to dismiss, currently scheduled for April 25, 2019, due to a personal conflict that has arisen for Plaintiffs' counsel that week. *See* ECF No. 10. NTT consents to this request. This is Plaintiffs' first request for an extension of this date, and is being made as soon as Plaintiffs' counsel learned of the conflict.

The parties have conferred, and are available on Thursday, May 2, 2019—or otherwise at a time convenient for the Court.

Respectfully submitted,

/s/ Christopher McNerney

Christopher McNerney

cc:   Counsel of Record (via ECF)

Motion argument is adjourned to 6/27/19 at 2:15 p.m.

SO ORDERED

*Charles Siragusa*
CHARLES J. SIRAGUSA
U.S. District Judge
DATE  3-12-19

New York   685 Third Avenue, 25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
Chicago   161 N Clark Street, Suite 1600   Chicago, IL 60601   Tel (312) 809-7010   Fax (312) 809-7011
San Francisco   One California Street, 12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
Washington DC   601 Massachusetts Ave NW, Suite 200W, Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com