IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>NTT DATA, INC.,<br><br>        Defendant. | Case No. 18 Civ. 6591 (CJS) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO COMPEL RULE 26(f) CONFERENCE**

 Having considered Plaintiffs' Motion to Compel Rule 26(f) Conference and Defendant's opposition thereto, the Court hereby GRANTS Plaintiffs' Motion to Compel Rule 26(f) Conference. Defendant shall promptly confer with Plaintiffs over the scope of discovery pursuant to Rule 26(f) and the parties shall develop a proposed discovery plan, including appropriately targeted discovery during the pendency of Defendant's Motion to Dismiss.

Dated: _____       _____
                   The Honorable Charles J. Siragusa
                   United States District Judge