| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **NAACP LEGAL DEFENSE &** |
| Ossai Miazad | **EDUCATIONAL FUND, INC.** |
| Christopher M. McNerney | Rachel M. Kleinman |
| Elizabeth V. Stork | Alexis J. Hoag |
| 685 Third Avenue, 25th Floor | 40 Rector St., Fifth Floor |
| New York, New York 10017 | New York, NY 10006 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,

                Plaintiffs,

  v.

NTT DATA, INC.,

                Defendant.

Case No. 18 Civ. 6591 (CJS)

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I electronically filed Plaintiffs' Motion to Compel Rule 26(f) Conference, along with Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Compel Rule 26(f) Conference, the Declaration of Christopher M. McNerney and accompanying exhibits, and a Proposed Order Granting Plaintiffs' Motion to Compel Rule 26(f) Conference, with the Clerk of the District Court using its CM/ECF system.  These documents are available for viewing and downloading from the ECF system, and were sent electronically to the registered participants identified on the Notice of Electronic Filings, including Defendant's counsel of record as follows:

|  |  |  |
|---|---|---|
|  |  | Jacqueline Phipps Polito, Esq.<br>Jessica F. Pizzutelli, Esq.<br>**LITTLER MENDELSON, P.C.**<br>375 Woodcliff Drive, Second Floor<br>Fairport, NY 14450<br>jpolito@littler.com<br>jpizzutelli@littler.com<br>Tel. (585) 203-3400<br><br>Attorneys for Defendant<br>NTT DATA, Inc. |
| Dated: April 26, 2019<br>New York, New York | By: | /s/ Ossai Miazad<br>**OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000 |

2