UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>NTT DATA, INC.,<br><br>      Defendant. | Civil Action No. 18 Civ. 6591 (CJS)<br><br>**DEFENDANT'S NOTICE OF CROSS-MOTION TO STAY DISCOVERY** |

TO: Ossai Miazad
   Christopher M. McNerney
   Elizabeth V. Stork
   OUTTEN & GOLDEN LLP
   685 Third Avenue, 25th Floor
   New York, New York 10017
   Telephone:  (212) 245-1000

   Rachel M. Kleinman
   Alexis J. Hoag
   NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
   40 Rector Street, Fifth Floor
   New York, New York 10006
   Telephone:  (212) 965-2200

*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE THAT, based upon the Declaration of Jessica F. Pizzutelli, Esq., dated May 10, 2019, and for the reasons set forth in Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Compel and in support of NTT DATA, Inc.'s Cross-Motion to Stay Discovery, Defendant NTT DATA, Inc. ("Defendant"), by its attorneys, Littler Mendelson, P.C., will move this Court, at the United States Courthouse located at 100 State Street, Rochester, New York 14614, on a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 26 to stay all discovery, including to stay participation in the Fed. R. Civ. P. 26(f) conference, until the Court rules on Defendant's pending motion to dismiss the Complaint.  Defendant intends to file and serve Reply papers.

Date: May 10, 2019
      Fairport, New York

                                          */s/ Jessica F. Pizzutelli*
                                          Jacqueline Phipps Polito, Esq.
                                          Jessica F. Pizzutelli, Esq.
                                          LITTLER MENDELSON, P.C.
                                          375 Woodcliff Drive, 2nd Floor
                                          Fairport, NY  14450
                                          585.203.3400
                                          jpolito@littler.com
                                          jpizzutelli@littler.com

                                          *Attorneys for Defendant*

164252820.1