| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Elizabeth V. Stork<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **NAACP LEGAL DEFENSE &**<br>**EDUCATIONAL FUND, INC.**<br>Rachel M. Kleinman<br>Alexis J. Hoag<br>40 Rector St., Fifth Floor<br>New York, NY 10006 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>   v.<br><br>NTT DATA, INC.,<br><br>                       Defendant. | Case No. 18 Civ. 6591 (CJS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, I electronically filed the Reply Memorandum of Law in Support of Plaintiffs' Motion to Compel Rule 26(f) Conference and In Opposition to Defendant's Cross-Motion to Stay Discovery with the Clerk of the District Court using its CM/ECF system. These documents are available for viewing and downloading from the ECF system, and were sent electronically to the registered participants identified on the Notice of Electronic Filings, including Defendant's counsel of record as follows:

>Jacqueline Phipps Polito, Esq.
>Jessica F. Pizzutelli, Esq.
>**LITTLER MENDELSON, P.C.**
>375 Woodcliff Drive, Second Floor
>Fairport, NY 14450
>jpolito@littler.com
>jpizzutelli@littler.com
>Tel. (585) 203-3400
>
>Attorneys for Defendant
>NTT DATA, Inc.

Dated: May 17, 2019         By:     /s/ Ossai Miazad
   New York, New York            **OUTTEN & GOLDEN LLP**
                    Ossai Miazad
                    685 Third Avenue, 25th Floor
                    New York, New York 10017
                    Telephone: (212) 245-1000