AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

GEORGE MANDALA & CHARLES BARNETT,
individually and on behalf of all others similarly situated,
*Plaintiff*
v.
NTT DATA, INC.,
*Defendant*

Civil Action No. 18-CV-6591 CJS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The Court finds that Plaintiffs have not met their burden of pleading a plausible claim of Title VII disparate impact and grants Defendant's motion, to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Clerk is directed to enter judgment for Defendant and close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on a motion for dismissal in favor of the defendant.

Date:   07/19/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*