# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 18 Civ. 6591 (CJS) |
| v. | |
| NTT DATA, INC., | |
| Defendant. | |

## NOTICE OF APPEAL IN A CIVIL CASE

Notice is hereby given that Plaintiffs now appeal to the United States Court of Appeals for the Second Circuit as to the decision granting Defendant NTT Data, Inc.'s Motion to Dismiss (ECF No. 27), entered in this action on the 18th day of July, 2019.

Dated: July 24, 2019
      New York, New York

Respectfully submitted,

By: /s/ Ossai Miazad
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Christopher M. McNerney
Elizabeth V. Stork
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**
Rachel M. Kleinman
Alexis J. Hoag
40 Rector St., Fifth Floor
New York, NY 10006
Telephone: (212) 965-2200