## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NTT DATA, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-6591 (CJS) |

## NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

**Please take notice** that Alexis J. Hoag hereby withdraws as counsel in the above captioned action. After August 26, 2019, I will no longer be associated with the NAACP Legal Defense and Educational Fund ("LDF"). My colleague at LDF, Rachel Kleinman will continue to serve as counsel of record for Plaintiffs.

　　Dated: August 23, 2019

　　　　　　　　　　　　　　　　　　　　/s/ Alexis J. Hoag
　　　　　　　　　　　　　　　　　　　　Alexis J. Hoag
　　　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　　　NAACP Legal Defense and
　　　　　　　　　　　　　　　　　　　　Educational Fund, Inc.
　　　　　　　　　　　　　　　　　　　　40 Rector Street, 5th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　　　　　Tel: (212) 965-2200
　　　　　　　　　　　　　　　　　　　　Fax: (212) 226-7592
　　　　　　　　　　　　　　　　　　　　ahoag@naacpldf.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*