# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>NTT DATA, INC.,<br><br>      Defendant. | Case No. 18 Civ. 6591 (CJS) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60**

Having considered Plaintiffs' Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60, and Defendant's opposition thereto, the Court hereby GRANTS Plaintiffs' Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60.

Plaintiffs are instructed to file on the docket their First Amended Class Action Complaint.

Dated: _____

                          _____
                          The Honorable Charles J. Siragusa
                          United States District Judge