| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **NAACP LEGAL DEFENSE &**<br>**EDUCATIONAL FUND, INC.**<br>Rachel M. Kleinman<br>40 Rector Street, Fifth Floor<br>New York, NY 10006 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

GEORGE MANDALA and CHARLES
BARNETT, individually and on
behalf of all others similarly situated,

      Plaintiffs,

  v.

NTT DATA, INC.,

      Defendant.

Case No. 18 Civ. 6591 (CJS)

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I electronically filed Plaintiffs' Notice of Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60, along with the Memorandum of Law in Support of Plaintiffs' Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60, the Declaration of Christopher M. McNerney and accompanying exhibits with the Clerk of the District Court using its CM/ECF system. These documents are available for viewing and downloading from the ECF system, and were sent electronically to the registered participants identified on the Notice of Electronic Filings, including Defendant's counsel of record as follows:

| | |
|---|---|
| **Jacqueline Phipps Polito**<br>Littler Mendelson, P.C.<br>375 Woodcliff Drive, 2nd Floor<br>Fairport, NY 14450<br>585-203-3413 | **Jessica F. Pizzutelli**<br>Littler Mendelson, P.C.<br>375 Woodcliff Drive, 2nd Floor<br>Fairport, NY 14450<br>585-203-3403 |

<div style="display: flex;">

Fax: 585-486-1774
Email: jpolito@littler.com
*Attorneys for Defendant*
*NTT DATA, Inc.*

Fax: 585-486-1605
Email: jpizzutelli@littler.com
*Attorneys for Defendant*
*NTT DATA, Inc.*

</div>

Dated: March 31, 2021
New York, NY

By: */s/ Ossai Miazad*
    **OUTTEN & GOLDEN LLP**
    Ossai Miazad
    685 Third Avenue, 25th Floor
    New York, New York 10017
    Telephone: (212) 245-1000