# EXHIBIT 4

# EXHIBIT 4

Case 6:18-cv-06591-MAD-CDH   Document 58-1   Filed 05/03/21   Page 2 of 4
Case 19-2308, 02/23/2021, 3041805, Page1 of 3

19-2308-cv
*Mandala v. NTT Data, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of February, two thousand twenty-one.

Present:

       DEBRA ANN LIVINGSTON,
            *Chief Judge,*
       JOSÉ A. CABRANES,
       ROSEMARY S. POOLER,
       ROBERT A. KATZMANN,
       DENNY CHIN,
       RAYMOND J. LOHIER, JR.,
       SUSAN L. CARNEY,
       RICHARD J. SULLIVAN,
       JOSEPH F. BIANCO,
       MICHAEL H. PARK,
       WILLIAM J. NARDINI,
       STEVEN J. MENASHI,
            *Circuit Judges.*

_____

GEORGE MANDALA, CHARLES BARNETT, individually and on behalf of all others similarly situated,

       *Plaintiffs-Appellants,*

       v.                                                                             19-2308-cv

NTT DATA, INC.,

   *Defendant-Appellee.*

_____

| | |
|---|---|
| For Plaintiffs-Appellants: | Ossai Miazad, Lewis M. Steel, Christopher M. McNerney, Outten & Golden LLP, New York, NY; Rachel Bien, Outten & Golden LLP, Los Angeles, CA; Sherrilyn A. Ifill, Janai S. Nelson, Samuel Spital, Rachel M. Kleinman, NAACP Legal Defense & Educational Fund, Inc., New York, NY; Catherine Meza, NAACP Legal Defense & Educational Fund, Inc., Washington, DC. |
| For Defendant-Appellee: | Jacqueline Phipps Polito, Jessica F. Pizzutelli, Littler Mendelson P.C., New York, NY. |

  Following disposition of this appeal on September 21, 2020, Plaintiffs-Appellants filed a petition for rehearing *en banc* and an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petition for rehearing *en banc* is hereby **DENIED**.

  Richard J. Sullivan and William J. Nardini, *Circuit Judges*, joined by Debra Ann Livingston, *Chief Judge*, and José A. Cabranes and Michael H. Park, *Circuit Judges*, concur by opinion in the denial of rehearing *en banc*.

  Rosemary S. Pooler, *Circuit Judge*, joined by Denny Chin, Raymond J. Lohier, Jr., and Susan L. Carney, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

  Denny Chin, *Circuit Judge*, joined by Rosemary S. Pooler, Robert A. Katzmann, Raymond J. Lohier, Jr., and Susan L. Carney, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Raymond J. Lohier, Jr., *Circuit Judge*, joined by Rosemary S. Pooler, Robert A. Katzmann, Denny Chin, and Susan L. Carney, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Peter W. Hall, *Circuit Judge*, took no part in the consideration or decision of the petition.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3