# EXHIBIT 8

# EXHIBIT 8

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| NAACP NEW YORK STATE CONFERENCE METROPOLITAN COUNCIL OF BRANCHES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, KONINKLIJKE PHILIPS N.V., NTT DATA, INC., RECALL HOLDINGS LIMITED, RECALL TOTAL INFORMATION MANAGEMENT, INC., ADVANCE TECH PEST CONTROL, DOES 1-100<br><br>　　　　　　Defendants, individually<br>　　　　　　and on behalf of a<br>　　　　　　Defendant Class,<br><br>AND<br><br>MONSTER WORLDWIDE, INC., ZIPRECRUITER, INC., INDEED, INC.,<br>　　　　　　　Joined Defendants. | Hon. Manuel J. Mendez<br><br>Index No. 156382/2015<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** that plaintiff NAACP New York State Conference Metropolitan Council of Branches and defendant NTT DATA, INC. through their undersigned counsel, hereby stipulate and agree that the Complaint be dismissed with prejudice, as to NTT DATA, INC., and without costs or fees to any party.

1

| | |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant NTT DATA, INC.* |
| **OUTTEN & GOLDEN LLP**<br>685 Third Ave, 25th Floor<br>New York, New York 10017<br>Tele. (212) 245-1000 | **JACKSON LEWIS P.C.**<br>44 South Broadway, 14th Floor<br>White Plains, NY 10601<br>Tel: (914) 872-8060 |
| By: _____<br>Ossai Miazad | By: _____<br>Jonathan M. Kozak<br>Maria Biaggi |
| Dated: May 31, 2018 | Dated: 5/31/2018 |

SO ORDERED:

Dated: New York, New York
_____, 2018

_____

2