# Exhibit A

Case 6:18-cv-06591-MAV-CDH   Document 39-2   Filed 05/17/21   Page 2 of 2

NYSCEF
New York County Supreme Court

**Document List**
**Index #  654705/2019**
Created on:05/17/2021 04:54 PM

Case Caption:   **George Mandala v. NTT Data, Inc.**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 08/16/2019 | Miazad, O. |
| 2 | COMPLAINT | Processed | 08/16/2019 | Miazad, O. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 12/13/2019 | Miazad, O. |
| 4 | STIPULATION - TIME TO ANSWER | Processed | 12/19/2019 | Miazad, O. |
| 5 | NOTICE OF CHANGE OF ATTORNEY (PRE RJI) NOTICE OF WITHDRAWAL OF APPEARANCE | Processed | 01/10/2020 | Miazad, O. |
| 6 | COMPLAINT (AMENDED) | Processed | 03/11/2021 | Miazad, O. |
| 7 | EXHIBIT(S) NTT Data job posting | Processed | 03/11/2021 | Miazad, O. |
| 8 | EXHIBIT(S) Amicus brief | Processed | 03/11/2021 | Miazad, O. |
| 9 | DEMAND FOR CHANGE OF PLACE OF TRIAL | Processed | 05/17/2021 | Phipps Polito, J. |