IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>NTT DATA, INC.,<br><br>                        Defendant. | Case No. 18 Civ. 6591 (CJS) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs now appeal to the United States Court of Appeals for the Second Circuit as to the decision denying Plaintiffs' Motion to vacate judgment pursuant to Rule 60(b)(6) (ECF No. 40), entered in this action on the 6th day of December, 2021. Dated:

December 30, 2021
      New York, New York

                                            Respectfully submitted,

                                   By: /s/ Christopher M. McNerney
                                      **OUTTEN & GOLDEN LLP**
                                     Ossai Miazad
                                     Christopher M. McNerney
                                     685 Third Avenue, 25th Floor
                                     New York, New York 10017
                                     Telephone: (212) 245-1000
                                   E-mail: om@outtengolden.com
                                   E-mail: cmcnerney@outtengolden.com

                                   **NAACP LEGAL DEFENSE &**
                                   **EDUCATIONAL FUND, INC.**
                                   Rachel M. Kleinman
                                   Tiffani Burgess (*admission forthcoming*)
                                   40 Rector Street, Fifth Floor
                                   New York, NY 10006
                                   Telephone: (212) 965-2200

E-mail: rkleinman@naacpldf.org
E-mail: tburgess@naacpldf.org

*Attorneys for Plaintiffs and the Putative Classes*