IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

GEORGE MANDALA and CHARLES
BARNETT, individually and on
behalf of all others similarly situated,

                      Plaintiffs,

    v.

NTT DATA, INC.,

                      Defendant.

Case No. 18 Civ. 6591 (CJS)

## INDEX TO RECORD ON APPEAL

District Court (WDNY) Docket Records, Case No. 18 Civ. 6591 (CJS)

| Docket # | Docket Text | File Date |
|---|---|---|
| 1 | COMPLAINT against NTT Data, Inc. $ 400 receipt number 0209-3191224, filed by George Mandala, Charles Barnett.(Miazad, Ossai) (Entered: 08/15/2018) | 8/15/2018 |
| 11 | MEMORANDUM in Opposition re 9 MOTION to Dismiss *The Class Action Complaint in its Entirety and with Prejudice* filed by Charles Barnett, George Mandala. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B)(Miazad, Ossai) (Entered: 12/12/2018) | 12/12/2018 |
| 26 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, motion hearing held on 6/27/18, before Judge Charles J. Siragusa. Court Reporter/Transcriber Diane Martens, Contact Info 585-613-4311. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 8/1/2019. Redacted Transcript Deadline set for 8/12/2019. Release of Transcript Restriction set for 10/9/2019. (TF) (Entered: 07/12/2019) | 07/11/2019 |
| 27 | DECISION AND ORDER granting 9 Motion to Dismiss; denies as moot 21 Motion to Compel. The Court finds that Plaintiffs have not met their burden of pleading a plausible claim of Title VII disparate impact and grants Defendants motion, ECF No. 9, to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Since the Court has dismissed the only federal claim, it declines to exercise jurisdiction over the state claims. 28 U.S.C. § 1367(c)(3). The Court denies Plaintiffs motion, ECF No. 21, to compel a Rule 26(f) conference as moot. The Clerk is directed to enter judgment for | 07/18/2019 |

| | | |
|---|---|---|
| | Defendant and close this case. Signed by Hon. Charles J. Siragusa on 7/17/19. (KAP) <br> -CLERK TO FOLLOW UP- (Entered: 07/18/2019) | |
| 35 | MOTION to Vacate 28 Judgment by Charles Barnett, George Mandala. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Christopher M. McNerney, # 3 Exhibit A, # 4 Exhibit B, # 5 Certificate of Service)(McNerney, Christopher) (Entered: 03/31/2021) | 03/31/2021 |
| 38 | MEMORANDUM in Opposition re 35 MOTION to Vacate 28 Judgment filed by NTT Data, Inc.. (Attachments: # 1 Declaration of Jacqueline Phipps Polito, # 2 Exhibit 1 to Polito Declaration, # 3 Exhibit 2 to Polito Declaration, # 4 Exhibit 3 to Polito Declaration, # 5 Exhibit 4 to Polito Declaration, # 6 Exhibit 5 to Polito Declaration, # 7 Exhibit 6 to Polito Declaration, # 8 Exhibit 7 to Polito Declaration, # 9 Exhibit 8 to Polito Declaration, # 10 Exhibit 9 to Polito Declaration, # 11 Exhibit 10 to Polito Declaration)(Polito, Jacqueline) (Entered: 05/03/2021) | 05/03/2021 |
| 39 | REPLY/RESPONSE to re 38 Memorandum in Opposition to Motion,, filed by Charles Barnett, George Mandala. (Attachments: # 1 Declaration of Christopher M. McNerney in Support of Plaintiffs' Reply Memorandum, # 2 Exhibit A to McNerney Declaration, # 3 Exhibit B to McNerney Declaration, # 4 Exhibit C to McNerney Declaration, # 5 Exhibit D to McNerney Declaration)(McNerney, Christopher) (Entered: 05/17/2021) | 05/17/2021 |
| 40 | DECISION AND ORDER denying 35 Motion to Vacate 35 MOTION to Vacate 28 Judgment . Clerk of the Court is respectfully directed to close this case. Signed by Hon. Charles J. Siragusa on 12/6/21. (KAP) <br> -CLERK TO FOLLOW UP- (Entered: 12/06/2021) | 12/06/2021 |
| 41 | NOTICE OF APPEAL as to 40 Order on Motion to Vacate, by Charles Barnett, George Mandala. Filing fee $ 505, receipt number ANYWDC-4460371. Appeal Record due by 1/13/2022. (McNerney, Christopher) (Entered: 12/30/2021) | 12/30/2021 |

Dated: January 13, 2022
      New York, New York

                                                   Respectfully submitted,

                                      By: /s/ Christopher M. McNerney
                                         **OUTTEN & GOLDEN LLP**
                                           Ossai Miazad
                                           Christopher M. McNerney
                                           685 Third Avenue, 25th Floor
                                           New York, New York 10017
                                           Telephone: (212) 245-1000
                                           E-mail: om@outtengolden.com
                                           E-mail: cmcnerney@outtengolden.com

**NAACP LEGAL DEFENSE &**
**EDUCATIONAL FUND, INC.**
Rachel M. Kleinman
Tiffani Burgess (*Admission Forthcoming*)
40 Rector Street, Fifth Floor
New York, NY 10006
Telephone: (212) 965-2200
E-mail: rkleinman@naacpldf.org
E-mail: tburgess@naacpldf.org

*Attorneys for Plaintiffs and the Putative Classes*