UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>           v.<br><br>NTT DATA, INC.,<br><br>                    Defendant. | Case No. 6:18-cv-06591-CJS<br><br>**STIPULATION TO SUPPLEMENT INDEX TO RECORD ON APPEAL** |

**WHEREAS** Plaintiffs filed the Index to the Record on Appeal in the United States District Court for the Western District of New York on January 13, 2022 (Dkt. 42) (the "Index"); and

**WHEREAS** counsel for the parties conferred and agreed that the Index should be supplemented with the Motion to Dismiss the Class Action Complaint in its Entirety and with Prejudice (Dkt. 9) and the Memorandum in Further Support of the Motion to Dismiss (Dkt. 13),

**IT IS NOW HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the Index shall be supplemented, pursuant to FED. R. APP. P. 10(e)(2), to include the Motion to Dismiss the Class Action Complaint in its Entirety and with Prejudice (Dkt. 9) and the Memorandum in Further Support of the Motion to Dismiss (Dkt. 13), as follows:

SUPPLEMENTAL INDEX TO RECORD ON APPEAL

District Court (WDNY) Docket Records, Case No. 18 Civ. 6591 (CJS)

| Dkt. # | Docket Text | File Date |
|---|---|---|
| 9 | MOTION to Dismiss The Class Action Complaint in its Entirety and with Prejudice by NTT Data, Inc. (Attachments: # 1 Declaration of Patricia Price, # 2 Exhibit A, # 3 Memorandum in Support of Motion to Dismiss)(Pizzutelli, Jessica) (Entered: 11/13/2018) | 11/13/2018 |
| 13 | MEMORANDUM in Support re 9 MOTION to Dismiss The Class Action Complaint in its Entirety and with Prejudice filed by NTT Data, Inc. (Pizzutelli, Jessica) (Entered:12/27/2018) | 12/27/2018 |

Dated: February 3, 2022

| LITTLER MENDELSON, P.C. | OUTTEN & GOLDEN LLP |
|---|---|
| By: <u>/s/ *Jacqueline Phipps Polito*</u><br>    Jacqueline Phipps Polito<br>    Abigail Giarrusso<br>375 Woodcliff Drive, Suite 2D<br>Fairport, New York 14450<br>585-203-3400<br>jpolito@littler.com<br>agiarrusso@littler.com | By: <u>*/s/ Christopher M. McNerney*</u><br>    Ossai Miazad<br>    Christopher M. McNerney<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>212-245-1000<br>om@outtengolden.com<br>cmcnerney@outtengolden.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |