UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GEORGE MANDALA and CHARLES BARNETT,
individually and on behalf of all others similarly situated,
          Plaintiffs,

    -v-                                          18 Civ. 6591 (CJS)
                                               USCA:

NTT DATA, INC.,                         **CLERK'S CERTIFICATE / INDEX**
          Defendant.
_____

      I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

      **The following documents are not available electronically and are maintained in the Western District of New York:**

      Docket No. n/a

Upon your request, we will make the above documents available to you.

                                                MARY C. LOEWENGUTH
                                                Clerk of Court
                                                United States District Court


                                                By: s/ Tricia M. Frisa
                                                _____
                                                Deputy Clerk

DATED:  February 4, 2022
            Rochester, NY