**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before:    Amalya L. Kearse,
              Dennis Jacobs,
              Richard J. Sullivan,
                    *Circuit Judges*.

_____

George Mandala, Charles Barnett, individually and on behalf of all others similarly situated,

        Plaintiffs-Appellants,

v.

NTT Data, Inc.,

        Defendant-Appellee.

_____

**JUDGMENT**

Docket No. 22-4

    The appeal in the above captioned case from an order of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the denial of Plaintiffs' motion to vacate the judgment of dismissal and for leave to file a first amended complaint is REVERSED, and the cause is REMANDED for further proceedings consistent with this Court's opinion.

                        For the Court:
                        Catherine O'Hagan Wolfe,
                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/04/2024