UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>NTT DATA, INC.,<br><br>               Defendant. | Case No. 6:18-cv-06591-CJS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Erin Train of Littler Mendelson, P.C. hereby appears as Attorney to be Noticed for Defendant NTT DATA, Inc. in the above-entitled action. Said Counsel is admitted to practice in this Court, is registered for electronic filing with the Western District of New York, and requests that copies of all papers in this action be served upon her at the address set forth below.

Date:   March 5, 2024
               Fairport, New York

                                              */s/ Erin Train*
                                              Erin Train
                                              LITTLER MENDELSON, P.C.
                                              375 Woodcliff Drive, Suite 2D
                                              Fairport, New York  14450
                                              etrain@littler.com
                                              585.203.3400

                                              *Attorneys for Defendant*
                                                *NTT DATA, Inc.*

4853-5871-1723