UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    -v-<br><br>NTT DATA, INC.,<br><br>          Defendant. | Case No. 18-cv-06591-CJS-MWP<br><br>**STIPULATION FOR EXTENSION OF TIME** |

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiffs and Defendant, that the time in which Defendant may answer, move or otherwise respond to the First Amended Class Action Complaint (Dkt. 49) in this matter is hereby extended up to and including April 17, 2024.

    Date:   March 25, 2024
                  Fairport, New York

| | |
|---|---|
| */s/ Ossai Miazad* | */s/ Jacqueline Phipps Polito* |
| Ossai Miazad | Jacqueline Phipps Polito |
| Christopher M. McNerney | Erin M. Train |
| OUTTEN & GOLDEN LLP | LITTLER MENDELSON, P.C. |
| 685 Third Avenue, 25th Floor | 375 Woodcliff Drive, Suite 2D |
| New York, NY  10017 | Fairport, NY  14450 |
| cmcnerney@outtengolden.com | jpolito@littler.com |
| om@outtengolden.com | etrain@littler.com |
| Tel. 212.245.1000 | Tel. 585.203.3400 |
| | |
| Adam Levin Koshkin | Attorneys for Defendant |
| OUTTEN & GOLDEN LLP |    NTT DATA, INC. |
| One California Street, Ste. 1250 | |
| San Francisco, CA  94111 | |
| akoshkin@outtengolden.com | |
| Tel. 415.638.8800 | |

Rachel M. Kleinman
Tiffani Burgess
NAACP LEGAL DEFENSE & EDUCATION FUND, INC.
40 Rector Street, Fifth Floor
New York, NY  10006
rkleinman@naacpldf.org
tburgess@naacpldf.org
Tel. 212.965.2200

Attorneys for Plaintiffs and the Putative Classes

4856-9297-3744

**IT IS SO ORDERED.**

      <u>*s/Marian W. Payson*</u>
      **Hon. Marian W. Payson**
      **United States Magistrate Judge**

**Dated: March 26, 2024**