UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   -v-<br><br>NTT DATA, INC.,<br><br>            Defendant. | Case No. 18-cv-06591-CJS-MWP<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.2. (c)(2), counsel for Defendants respectfully move this Court for an Order withdrawing attorney Jessica Pizzutelli of Littler Mendelson, P.C. as counsel for Defendant NTT DATA, Inc. Defendant continues to be represented by Littler Mendelson, P.C. (see Dkts. 5 and 47, Notices of Appearance of Jacqueline Phipps Polito and Erin M. Train). The client has knowledge and is in agreement with the change.

Wherefore, counsel for Defendants respectfully request that the Court grant this Motion and withdraw the appearance of Jessica Pizzutelli as counsel for Defendant in this case.

Dated: March 26, 2024
      Fairport, New York

LITTLER MENDELSON, P.C.

By: */s/ Jessica Pizzutelli*
    Jacqueline Phipps Polito
    Erin M. Train
    Jessica Pizzutelli
    Abigail Giarrusso
    375 Woodcliff Drive, Suite 2D
    Fairport, NY 14450
    Telephone: 585.203.3400
    Facsimile: 585.203.3414
    jpolito@littler.com
    etrain@littler.com
    jpizzutelli@littler.com
    agiarrusso@littler.com

Attorneys for Defendant
NTT DATA, INC.

4884-7644-7666