| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Christopher McNerney<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>1225 New York Ave NW, Suite 1200B<br>Washington, D.C. 20005 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NTT DATA, INC.,<br><br>Defendant. | Case No. 6:18-cv-06591-CJS<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION OF ADAM KOSHKIN *PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States Court for the Western District of New York and upon the accompanying Admission Petition of Adam Koshkin, Sponsoring Affidavit of Christopher M. McNerney, and other supporting documents, Outten & Golden LLP respectfully moves the Court, at a date and time to be determined by the Court, for an Order admitting Adam Koshkin, Esq. *Pro Hac Vice* as attorney for Plaintiffs George Mandala and Charles Barnett in the above-captioned action.

| | |
|---|---|
| Dated: New York, New York<br>April 16, 2024 | Respectfully submitted,<br>By: */s/ Christopher McNerney*<br>**OUTTEN & GOLDEN LLP**<br>Christopher M. McNerney<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone:  (212) 245-1000<br>E-mail: cmcnerney@outtengolden.com |