UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Adam Koshkin
_____
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF New York

Christopher McNerney
_____, being duly sworn deposes and says:

1. I reside at:

532 W. 111 St., New York, NY 10025
_____

and maintain an office for the practice of law at: Outten & Golden LLP

685 Third Avenue, 25th Floor, New York, NY 10017
_____

2. I am an attorney at law, admitted to practice in the State of New York
_____

_____, I was admitted to practice in the United States District Court for the

Western District of New York on the 13th day of August , 2018 .

3. I have known the petitioner since 2018 _____ and under the following

circumstances:

Petitioner is a lawyer in the San Francisco office of my law firm.
_____

_____

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

Petitioner is of high moral character and fitness.
_____

_____
Signature of Sponsoring Attorney

Sworn to before me this 5th day of April , 2024

_____
Notary Public

Angela M Williams
Notary Public, State of New York
NO. 01WI4917470
Qualified in Nassau County
My Commission Expires January 19th, 2026