UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**ATTORNEY'S OATH**

STATE OF California       )
                          ) SS:
San Francisco  COUNTY     )

I, Adam Koshkin  of San Francisco, CA
                                City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

Signature of Attorney

Subscribed and sworn to before me this 02 day of APRIL, 2024

Notary Public

ZARINA RATHOD
Notary Public - California
Alameda County
Commission # 2340189
My Comm. Expires Dec 13, 2024

Rev. 2/2000