UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GEORGE MANDALA AND CHARLES BURNETT,

          Plaintiff,

v.

NIT DATA, INC.,

          Defendant.
_____

<u>ORDER ADMITTING COUNSEL</u>
*PRO HAC VICE*

18-CV-6591 CJS

      Upon plaintiffs Motion to Admit Counsel *Pro Hac Vice* (Docket # 56), dated April 16, 2024, and the supporting Affidavit of Christopher McNerney, sworn to on April 5, 2024, seeking the admission of Adam Koshkin, *pro hac vice*, in order to appear and participate in the above-captioned matter on behalf of plaintiffs, and good cause having been shown, it is hereby

      ORDERED, that the application of Adam Koshkin to be admitted *pro hac vice*, is **GRANTED**; and it is further

      ORDERED, that Adam Koshkin is admitted *pro hac vice* to this Court for the purpose of representing plaintiffs in this lawsuit. **The admission fee has been paid to the Clerk of the Court.**

**IT IS SO ORDERED.**

                                               *s/Marian W. Payson*
                                               MARIAN W. PAYSON
                                               United States Magistrate Judge

Dated:  Rochester, New York
         April 18, 2024