IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MANDALA and CHARLES BARNETT, individually and on behalf of all others similarly situated,<br><br>                    *Plaintiffs*,<br><br>         v.<br><br>NTT DATA, INC.,<br><br>                    *Defendants*. | Case No. 6: 18-cv-6591-CJS-MWP<br><br>HON. CHARLES J. SIRAGUSA<br>HON. MARIAN W. PAYSON<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* OF BREANNA WILLIAMS** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States Court for the Western District of New York and upon the accompanying Admission Petition of Breanna Williams, Sponsoring Affidavit of Rachel M. Kleinman, and other supporting documents, NAACP Legal Defense and Educational Fund, Inc. respectfully moves the Court, at a date and time to be determined by the Court, for an Order admitting Breanna Williams, Esq. *Pro Hac Vice* as attorney for Plaintiffs George Mandala and Charles Barnett in the above-captioned action.

Dated: May 3, 2024
         New York, New York

Respectfully submitted,

By: /s/ Rachel M. Kleinman
**NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**
Rachel M. Kleinman
40 Rector Street, 5th Floor
New York, NY 10006
T: (212) 965-2200
F: (212) 226-7592
rkleinman@naacpldf.org

1