UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Breanna D. Williams**
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF         )

**Rachel Kleinman**, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: **New York, New York**
City, State

and maintain an office for the practice of law at: **NAACP Legal Defense & Educational Fund, Inc. 40 Rector Street, 5th Floor, New York, NY 10006**

2. I am an attorney at law, admitted to practice in the **State of New York**, I was admitted to practice in the United States District Court for the Western District of New York on the **30th** day of **November**, **2012**.

3. I have known the petitioner since **January 2023** and under the following circumstances: **Petitioner is an attorney in the NY office of my law firm.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **Petitioner is of good moral character and fitness.**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **5/1/2024**
Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023