UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF __NY_____ )
                          ) SS:
_____ COUNTY     )

I, __Breanna D. Williams__ of __Jersey City, New Jersey__
                                       City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __05/01/2024__
                    Date

__Breanna Williams__
Signature of Attorney

Rev. 1/3/2023