UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Tiffani Burgess
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF         )

Rachel Kleinman, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: New York, New York
City, State

and maintain an office for the practice of law at: NAACP Legal Defense & Educational Fund, Inc. 40 Rector Street, 5th Floor, New York, NY 10006

2. I am an attorney at law, admitted to practice in the District of Columbia

_____, I was admitted to practice in the United States District Court for the Western District of New York on the 30th day of November, 2012.

3. I have known the petitioner since_____ and under the following circumstances: Petitioner is an attorney in the NY office of my law firm.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Petitioner is of good moral character and fitness.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/8/2024
Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023