UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ATTORNEY'S OATH

STATE OF __NY__ )
                ) SS:
__Kings__ COUNTY )

I, __Tiffani J. Burgess__ of __Brooklyn, NY__
                                    City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __May 8, 2024__
                    Date

_____
Signature of Attorney

Rev. 1/3/2023