UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF **Maryland**    )
                         ) SS:
**Prince George's** COUNTY )

I, **Pilar Whitaker** of **Oxon Hill, MD**
                                City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **05/17/24**
              Date

_Pilar C. Whitaker_
Signature of Attorney

Rev. 1/3/2023